UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ALBERT ODHIAMBO OKAL
_____,  )
     Plaintiff (s),  )
                       )
v.                      )   Case No.
                       )
WAYNE COUNTY, WAYNE
SHERIFF DEAN FINCH, ET
_____,  )
     Defendant(s).  )

NOTICE OF INTENT TO USE
PROCESS SERVER

Comes now __PLAINTIFF, ALBERT ODHIAMBO OKAL__ and notifies the court of the intent to use
(Plaintiff or Defendant)

__RICHARD KNAPP__
(name and address of process server)
__2825 LAKESIDE DRIVE__
__POPLAR BLUFF MO 63901__

To serve: __ALL NAMED DEFENDANTS_____in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

09/10/2019                                 /S/ STPEHEN E. WALSH
(date)                                       (attorney for Plaintiff)

                                                (attorney for Defendant)