UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ALBERT ODHIAMBO OKAL, | ) |
| Plaintiff(s), | ) |
| v. | ) No. 1:19-CV-00156-ACL |
| WAYNE COUNTY, MISSOURI, et al., | ) |
| Defendant(s). | ) |

## ORDER

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Abbie Crites-Leoni to District Judge John A. Ross.

October 8, 2019  
Date

_Gregory J. Linhares              /_  
Clerk of Court

By: _/s/ Christy Hency              /_  
CHRISTY HENCY  
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 1:19-CV-00156-JAR**