UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ALBERT ODHIAMBO OKAL, | ) |
| Plaintiff(s), | ) |
| v. | ) Case No. 1:19-CV-00156-JAR |
| WAYNE COUNTY, MISSOURI, et al., | ) |
| Defendant(s). | ) |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office

### Option 1

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

### Option 2

☒ An ADR conference was held on: 9/15/21.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:

_____.

The ADR referral was concluded on 9/15/21.
The parties [☒ did ☐ did not] achieve a settlement. Check one

### Option 3

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: 9/16/21       Neutral: /s/ John W. Grimm

GRIMM, JOHN W.
Signature