UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ALBERT ODHIAMBO OKAL | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No: 1:19-CV-00156JAR |
| | ) |
| WAYNE COUNTY, et al | ) |
| | ) |
| Defendants. | ) |

**STIPULATION FOR DISMISSAL**

Comes now the Parties hereto by their respective attorneys and stipulate and agree that all matters in controversy have been settled, compromised and adjudicated and that Plaintiff's Complaint against the Defendants may be dismissed with prejudice.

It is further stipulated and agreed that other than the settlement proceeds, which settlement proceeds are more fully set out in a Release of All Claims, which has been executed by the Plaintiff's Personal Representative contemporaneous with the execution of the Stipulation for Dismissal shall include all costs and attorney fees of Plaintiff. Defendants shall pay their owns costs and the costs of the mediation.

Dated this __21__ day of __October__, 2021.

WALSH LAW FIRM, LLC

By: _____
Stephen E. Walsh #24992
635 N. Main Street
Poplar Bluff, MO 63901
573-712-2909 Fax: 573-712-2912
swalsh@walsh-firm.com
Attorneys for Plaintiff

SPRADLING & SPRADLING

By: _____
A.M. Spradling III #23702
1838 Broadway, P.O. Drawer 1119
Cape Girardeau, MO 63702-1119
(573)335-8296  Fax (573) 335-8525
E-mail: spradlaw@spradlaw3.com
Attorneys for Defendants